FILED

10/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0120

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0120

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DALE NEWBURY,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Sheena Jendro Cobb is granted an extension of time to and including November 23, 2020, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 2 2020